UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SILVESTRE GARCIA-ESPINAL, a/k/a Silvestre Espinal-Garcia, a/k/a Silvestre Espinosa-Garcia, | |
| Petitioner, | Case No. 1:10-cv-468 |
| v. | Honorable Paul L. Maloney |
| AL BYAM, et al., | |
| | **JUDGMENT OF DISMISSAL** |
| Defendants. | |

On stipulation of the parties, the captioned case is hereby DISMISSED WITH PREJUDICE and without an award of costs or attorney's fees. The court retains jurisdiction to enforce the terms of the parties' stipulation.


Dated: May 26, 2010         /S/ Paul L. Maloney
                            Paul L. Maloney
                            Chief United States District Judge